*Vinson* and *Beatrice Rosenberg* for the United States.

No. 135. JONES *v.* UNITED STATES; and

No. 223. MITTELMAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Herbert Monte Levy* for petitioner in No. 135. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States in both cases. Reported below: 374 F. 2d 414.

No. 138. BLANE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 151. ZWICK ET AL. *v.* FREEMAN, SECRETARY OF AGRICULTURE, ET AL. C. A. 2d Cir. Certiorari denied. *Arthur Slavin* for petitioners. *Solicitor General Marshall, Acting Assistant Attorney General Eardley, Morton Hollander* and *Harvey L. Zuckman* for respondents.

No. 156. AKINS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *W. S. Moore* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States.

No. 159. B & L FARMS Co. ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *William Gresham Ward* for petitioners. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Crombie J. D. Garrett* for the United States.

No. 160. D. R. SMALLEY & SONS, INC. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Donald A. Moon* for petitioner. *Solicitor General Marshall, Acting Assistant Attorney General Eardley* and *Morton Hollander* for the United States.

No. 165. KROL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *George F. Callaghan* and *Julius*

*Lucius Echeles* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 166. KAPATOS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Frank A. Lopez* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 167. SCHERER & SONS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Joseph A. Perkins* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 171. MURPHY ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Moses L. Kove* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 173. ROBERTS ET AL. *v.* UNITED STATES; and

No. 192. UNITED STATES *v.* SANDRA & DENNIS FISHING CORP. ET AL. C. A. 1st Cir. Certiorari denied. *Harry Kisloff* for petitioners in No. 173. *Solicitor General Marshall, Acting Assistant Attorney General Eardley, Morton Hollander* and *Richard S. Salzman* for the United States in both cases. *Robert J. Hallisey* for Sandra & Dennis Fishing Corp. (P & I Insurer), and *Mr. Kisloff* for individual respondents in No. 192. Reported below: 372 F. 2d 189.

No. 183. ROY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Burton Marks* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, Joseph M. Howard* and *Richard B. Buhrman* for the United States.

No. 188. PAN CARGO SHIPPING CORP. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Nicholas J.*